FILED
August 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW ANDREW GARCES, | § |
| Plaintiff, | § |
| v. | § NO. SA-25-CV-00636-OLG |
| TENET HEALTH *et al.*, | § |
| Defendants. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed July 18, 2025, concerning this case. (*See* R&R, Dkt. No. 11.) Plaintiff's objections to the R&R were filed the same day. (*See* Dkt. No. 14.)

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Nevertheless, the Court has conducted a de novo review and finds that the R&R is in all things correct and that Plaintiff's objections should be and hereby are **OVERRULED**.

The Court therefore **ADOPTS** Judge Chestney's R&R (Dkt. No. 11) and, for the reasons set forth therein, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. *See* FED. R. CIV. P. 41(b).

This case is **CLOSED**.

2

It is so **ORDERED**.

**SIGNED** this \_\_\_\_7\_\_\_\_ day of August 2025.

_____
ORLANDO L. GARCIA
United States District Judge